AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:09-cr-359-KJD-GWF |
| | ) | |
| LASHONDA BRADFORD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT 333 LAS VEGAS BLVD. SOUTH LAS VEGAS, NV 89101 | Courtroom No.: | 4A before the Hon. Kent J. Dawson |
|---|---|---|---|
| | | Date and Time: | Friday, December 18, 2015, 9:00 AM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   December 11, 2015

_____
*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_____
*Printed name and title*